922

No. 381. STATE CORPORATION COMMISSION OF KANSAS v. FEDERAL POWER COMMISSION ET AL.; No. 382. NORTHERN NATURAL GAS CO. v. FEDERAL POWER COMMISSION ET AL.; and No. 469. FEDERAL POWER COMMISSION v. NORTHERN NATURAL GAS CO. ET AL. C. A. 8th Cir. Certiorari denied. *Jay Kyle* and *Louis R. Gates* for petitioner in No. 381. *Richard J. Connor, Lawrence I. Shaw* and *F. Vinson Roach* for the Northern Natural Gas Co. *Acting Solicitor General Stern* and *Willard W. Gatchell* for the Federal Power Commission in Nos. 381, 382 and 469. Also *Assistant Attorney General Burger, Melvin Richter, Herman Marcuse* and *Reuben Goldberg* for the Federal Power Commission in Nos. 381 and 382. *Donald Evans* for the Iowa Power & Light Co., *Raymond A. Smith* for the Council Bluffs Gas Co., *George C. Pardee* for the Metropolitan Utilities District of Omaha, *Clarence H. Ross* for the Central Electric & Gas Co., *P. L. Farnand* and *G. T. Mullin* for the Minneapolis Gas Co., *Carl W. Cummins* for the Northern States Power Co., *Franklin M. Stone* for the Western States Utilities Co., *Norman H. Nitzkowski* for the Minnesota Valley Natural Gas Co., *George B. Sjoselius,* Deputy Attorney General, for the State of Minnesota, and *John F. Bonner* for the City of Minneapolis, respondents in Nos. 381 and 382. Reported below: 206 F. 2d 690.

No. 397. FIELD, TEMPORARY RECEIVER, v. UNITED STATES. Court of Claims. Certiorari denied. *George Halpern* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney, Leavenworth Colby* and *Hubert H. Margolies* for the United States.